## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                                            )
STEVE L. BAKER, Individually and On Behalf of  )
All Others Similarly Situated,                          )
                                                            )
            Plaintiff                                      )
                                                            )
    vs.                                                   )   Case No. 04-10333-DPW
                                                            )
SONUS NETWORKS, INC., HASSAN AHMED, PH.D.,  )
and STEPHEN NILL,                                   )
                                                            )
            Defendants.                              )
_____)

### NOTICE OF APPEARANCE

Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.

                        Respectfully Submitted,

                        SONUS NETWORKS, INC.

                        By its attorneys,

                        /s/ Gregory F. Noonan_____
                        Jeffrey B. Rudman (BBO #433380)
                        James W. Prendergast (BBO #553073)
                        Daniel W. Halston (BBO #548692)
                        Gregory F. Noonan (BBO #651035)
                        Hale and Dorr LLP
                        60 State Street
                        Boston, MA 02109
                        (617) 526-6000

Dated: April 15, 2004

- 2 -

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Thomas G. Shapiro | Eric J. Belfi |
| Theodore M. Hess-Mahan | Rabin, Murray & Franklin LLP |
| Shapiro Haber & Urmy LLP | 275 Madison Avenue, Suite 801 |
| 75 State Street | New York, NY 10016 |
| Boston, MA 02109 | |

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llywds Lane
Vero Beach, FL 32963

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated: April 15, 2004